JEAN G. CAMPBELL v. JAMES A. CAMPBELL

22 So. (2nd) 258      January Term, 1945
May 25, 1945      Division B

*H. R. McDonald,* for appellant.

No appearance for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.